Hon. Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LIANGDONG HUANG, ) | No. C07-1311-RSM |
| Plaintiff, ) | |
| v. ) | |
| ALBERTO R. GONZALES, U.S. ) | STIPULATED MOTION AND ORDER |
| Attorney General, et al., [1] ) | HOLDING CASE IN ABEYANCE |
| Defendants. ) | |

This is an action to compel United States Citizenship and Immigration Services ("CIS") and the Federal Bureau of Investigation ("FBI") to take action on Plaintiff's outstanding application for adjustment to permanent resident status. The Plaintiffs' FBI name checks have not been completed; therefore, CIS has yet to adjudicate Plaintiff's application. Accordingly,

The parties HEREBY STIPULATE AND AGREE that this case should be held in abeyance for 90 days, until January 22, 2008, to allow the ongoing administrative action to proceed.

///

---

[1] Acting Attorney General Peter Keisler is substituted for Mr. Gonzales. Rule 25(d) Fed.R.Civ.P.

STIPULATED MOTION AND ORDER
HOLDING CASE IN ABEYANCE - 1
(C07-1311-RSM)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Respectfully submitted,

_____  DATED: _____
LIANGDONG HUANG
Plaintiff, Pro se


JEFFREY C. SULLIVAN
United States Attorney


 /s/ Robert P. Brouillard                DATED:  10/18/07
ROBERT P. BROUILLARD, WSBA #19786
Assistant United States Attorney
Attorneys for Defendants

**ORDER**

The above is SO ORDERED.

DATED this 22 day of  October , 2007.


_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER
HOLDING CASE IN ABEYANCE - 2
(C07-1311-RSM)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970